## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF-FLN) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 7** |

In the interests of efficiency and judicial economy, Defendants Howmedica Osteonics Corp ("HOC"), Stryker Corporation and Stryker Sales Corporation have agreed to accept service of process via e-mail for Plaintiffs' Summons and Complaints in actions filed in MDL No. 13-2441 pursuant to this Court's Direct Filing Order (PTO No. 4). Based thereon, **IT IS HEREBY ORDERED** that:

1. Plaintiffs may serve Defendants HOC, Stryker Corporation and/or Stryker Sales Corporation by electronically serving a properly executed Summons and filed Complaint upon counsel for Defendants, Sedgwick LLP, *via* e-mail, as follows:

   a. For service on Defendant HOC, Plaintiffs must e-mail required documents to **REJABG_HOCeservice@sedgwicklaw.com**.

   b. For service on Defendant Stryker Corporation, Plaintiffs must e-mail required documents to **REJABG_SYKeservice@sedgwicklaw.com**.

    c. For service on Defendant Stryker Sales Corporation, Plaintiffs must e-mail required documents to **REJABG_SYKSaleseservice@sedgwicklaw.com**.

 2. In order for service to be effective, each individual defendant must be separately served *via* e-mail with the appropriate summons and complaint sent to the specific designated e-mail address listed above.

 3. The Sedgwick LLP mail system will generate an automated response to the sender upon receipt of an e-mail to these designated addresses.  This automated response will confirm receipt of the e-mail, and shall constitute proof of service only as to any one or more of the defendants upon which Plaintiffs have served the required documents to the appropriate e-mail address.  The automatic receipt of the Plaintiffs' e-mails shall not constitute proof of service or acceptance of service as to any defendant in the event Plaintiffs have failed to deliver the required documents to the appropriate e-mail address for the particular defendant.

 4. Defendants will not otherwise respond to the above-described e-mails and/or any inquiries or requests for confirmation of receipt.  Specific questions or issues should be directed to Defendant's Lead Counsel, to the attention of Karen Woodward (karen.woodward@sedgwicklaw.com) or Debra Lambdin (debra.lambdin@sedgwicklawcom) at Sedgwick LLP.

 5. Plaintiffs shall make proof of electronic service to the Court as required by Rule 4(l) of the Federal Rules of Civil Procedure.

6. Acceptance of electronic service shall not constitute a waiver of any objection to personal jurisdiction or venue.

Dated:  December 19, 2013        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge